# EXHIBIT A

CERTIFICATION OF VITAL RECORD

## STATE OF NORTH CAROLINA
# CERTIFICATE OF LIVE BIRTH

1. Name ........ Mark Daniel Lyttle ........ 2. Sex ........ Male

3. Birthplace ........ Rowan County ........ 4. Birthdate ........ August 2, 1977

### PARENTAGE

| Father | Mother |
|---|---|
| 5. Name ........ Thomas Emmett Lyttle | 8. Maiden Name ........ Jeanne Kennedy |
| 6. Age (or date of birth) ........ 27 | 9. Age (or date of birth) ........ 28 |
| 7. Birthplace ........ California | 10. Birthplace ........ Ireland |

Date Filed ........ August 9, 1977 ........ Volume ........ 77 ........ Page ........ 054491

Item(s) Amended ........ -------------------- ........ Date amended ........ --------------------

Date Issued ........ April 28, 2009

This is to certify that this is a true and correct abstract of the official record filed in this office.

1190611

_Gustavo Fernandez_
Gustavo Fernandez
State Registrar

Any alteration or erasure voids this certificate. Do not accept unless on security paper with Vital Records seal clearly embossed in left corner.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE