# EXHIBIT B

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
IN AND FOR MANATEE COUNTY, FLORIDA

IN THE MATTER OF THE ADOPTION OF
MARK DANIEL LYTTLE, DAVID PAUL LYTTLE
and SANDRA JEANNE LYTTLE

Case No. CA-85-2270

## FINAL JUDGMENT OF ADOPTION

This action was heard upon the verified petition of THOMAS B. LYTTLE and JEANNE T. LYTTLE, husband and wife, and upon the recommendation of the State of Florida Department of Health and Rehabilitative Services; and it appears on the evidence presented that petitioners are fit and proper persons to adopt the minors, that the best interest of the minors will be promoted by the adoption and that the minors are suitable for adoption by petitioners. It is therefore

FILED FOR RECORD
R.B. SHORE
CLERK CIRCUIT COURT
MANATEE CO. FLORIDA

Oct 31  9 09 AM '85

ADJUDGED that:

1. The minor born on August 2, 1977, at Salisbury, North Carolina, the minor born on May 5, 1979, at Avon Park, Florida, and the minor born on August 14, 1981, at Tampa, Florida, are the legal children of petitioners entitled to all rights and privileges, and subject to all obligations of children born to Petitioners in lawful wedlock.

2. The minor child born at Salisbury, North Carolina, on August 2, 1977, is given the name of MARK DANIEL LYTTLE, by which name he shall be known hereafter.

3. The minor child born at Avon Park, Florida, on May 5, 1979, is given the name of [(b)(6)] by which name he shall be known hereafter.

4. The minor child born at Tampa, Florida, on August 14, 1981, is given the name of [(b)(6)] by which name she shall be known hereafter.

Ordered at Bradenton, Florida, this the 31st day of October, 1985.

Circuit Judge

Copies furnished to:
State of Florida Department of Health
Rehabilitative Services
Thomas B. Lyttle and Jeanne T. Lyttle

STATE OF FLORIDA, COUNTY OF MANATEE
This is to certify that the foregoing is a true and correct copy of the document on file in my office.
Witness my hand and official seal
this 31 day of Oct, 19 85.
R. B. Shore
Clerk of Circuit Court