IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

Case No. 4:11-cv-152

| | |
|---|---|
| **MARK DANIEL LYTTLE,** | ) |
| Plaintiff, | ) **STIPULATION AND JOINT** |
| | ) **MOTION FOR ORDER OF** |
| v. | ) **DISMISSAL WITH PREJUDICE** |
| **UNITED STATES OF AMERICA,** et al., | ) |
| Defendants. | ) |

**STIPULATION AND JOINT MOTION FOR
ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, plaintiff hereby stipulates that this case has been resolved by settlement and agrees to a dismissal with prejudice of all claims against all federal defendants. Accordingly, these parties jointly request that the Court enter an Order of Dismissal consistent therewith, with each party bearing their own costs, expenses, and attorney's fees.

Respectfully submitted this 2nd day of October 2012,

STUART F. DELERY
Acting Assistant Attorney General, Civil Division

RUPA BHATTACHARYYA
Director, Torts Branch

C. SALVATORE D'ALESSIO, JR.
Assistant Director, Torts Branch

/s/ *James R. Whitman*
JAMES R. WHITMAN
D.C. Bar No. 987694
Trial Attorney
United States Department of Justice
Torts Branch, Civil Division
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044-7146
Tel: (202) 616-4169
Fax: (202) 616-4314
E-mail: james.whitman@usdoj.gov

DAVID G. CUTLER
Trial Attorney, Civil Division, Torts Branch

MICHAEL J. MOORE
United States Attorney

SHEETUL S. WALL
Assistant U.S. Attorney
Georgia Bar No. 734724
United States Attorney's Office
Middle District of Georgia
P.O. Box 2568
Columbus, GA 31902
Tel: (706) 649-7700
Fax: (706) 649-7667

*Attorneys for all Federal Defendants*


*Approved by Brian P. Watt via e-mail on October 1, 2012*
MICHAEL E. JOHNSON
BRIAN P. WATT
Troutman Sanders LLP
Bank of America Plaza, Suite 5200
600 Peachtree Street, N.E.
Atlanta, Georgia 30308-2216
Tel: (404) 885-3646
Tel: (404) 885-3203

*Attorneys for Plaintiff Mark Daniel Lyttle*